# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official capacity as Director of Vital Statistics for the State of Kansas,<br><br>*Defendants*. | Civil Action No. 18-2552 |

## **DESIGNATION OF PLACE OF TRIAL**

Pursuant to the provisions of Rule 40.2(c) of the Rules of the United States District Court for the District of Kansas, Plaintiffs designate Kansas City, Kansas as the place of trial for the above-captioned matter.

Respectfully submitted,

| | |
|---|---|
| */s/ James D. Lawrence*<br>James D. Lawrence (Bar No. KS #22565)<br>Sarah R. Holdmeyer (Bar No. KS #27584)<br>BRYAN CAVE LEIGHTON PAISNER LLP<br>One Kansas City Place<br>1200 Main Street, Suite 3800<br>Kansas City, Missouri 64105<br>t: (816) 374-3200 \| f: (816) 374-3300<br>jdlawrence@bclplaw.com<br>sarah.holdmeyer@bclplaw.com | */s/ Omar Gonzalez-Pagan*<br>Omar Gonzalez-Pagan*<br>LAMBDA LEGAL DEFENSE AND<br>    EDUCATION FUND, INC.<br>120 Wall Street, 19th Floor<br>New York, New York 10005<br>t: (212) 809-8585 \| f: (212) 809-0055<br>ogonzalez-pagan@lambdalegal.org |

12233557.1\N000093

| | |
|---|---|
| Katherine A. Keating* <br> BRYAN CAVE LEIGHTON PAISNER LLP <br> Three Embarcadero Center, 7th Floor <br> San Francisco, California 94111 <br> t: (415) 675-3400 \| f: (415) 675-3434 <br> katherine.keating@bclplaw.com | Kara N. Ingelhart* <br> LAMBDA LEGAL DEFENSE AND <br>     EDUCATION FUND, INC. <br> 105 West Adams Street, Suite 2600 <br> Chicago, Illinois 60603 <br> t: (312) 663-4413 \| f: (312) 663-4307 <br> kingelhart@lambdalegal.org |

*Attorneys for Plaintiffs*

\* Application for admission *pro hac vice* forthcoming.