## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official capacity as Director of Vital Statistics for the State of Kansas,<br><br>*Defendants*. | Civil Action No. 18-2552 |

### **PLAINTIFF C.K.'S MOTION TO PROCEED PSEUDONYMOUSLY**

NOW COMES Plaintiff C.K. (hereinafter "Movant"), by and through his undersigned counsel, and respectfully moves this Court for an order permitting him to bring this action under his initials in order to protect his identity from public disclosure.

1.  Movant makes this request because this case involves matters which are highly sensitive, such as social stigmatization, real danger of physical harm, or the injuries being litigated against would occur as a result of the disclosure of the Movant's identity.

2.  The need for anonymity is particular acute in cases such as this where a substantial privacy interests are involved.

3.  The grant of anonymity to Movant would not prejudice Defendants. Indeed, Movant has no objection to providing his actual name to Defendants and the Court, though

Movant will request that the Court enter a protective order barring dissemination of his name and requiring that any documents containing his name be filed under seal.

4. Movant's motion is supported by Movant's contemporaneously filed memorandum of law.

Dated on this 15th day of October, 2018.

Respectfully submitted,

| | |
|---|---|
| */s/ James D. Lawrence* | */s/ Omar Gonzalez-Pagan* |
| James D. Lawrence (Bar No. 22565) | Omar Gonzalez-Pagan* |
| BRYAN CAVE LEIGHTON PAISNER LLP | LAMBDA LEGAL DEFENSE AND |
| One Kansas City Place |     EDUCATION FUND, INC. |
| 1200 Main Street, Suite 3800 | 120 Wall Street, 19th Floor |
| Kansas City, Missouri 64105 | New York, New York 10005 |
| t: (816) 374-3378 \| f: (816) 855-3378 | t: (212) 809-8585 \| f: (212) 809-0055 |
| jdlawrence@bclplaw.com | ogonzalez-pagan@lambdalegal.org |
| | |
| Katherine A. Keating* | Kara N. Ingelhart* |
| BRYAN CAVE LEIGHTON PAISNER LLP | LAMBDA LEGAL DEFENSE AND |
| Three Embarcadero Center, 7th Floor |     EDUCATION FUND, INC. |
| San Francisco, California 94111 | 105 West Adams Street, Suite 2600 |
| t: (415) 268-1972 \| f: (415) 430-4372 | Chicago, Illinois 60603 |
| katherine.keating@bclplaw.com | t: (312) 663-4413 \| f: (312) 663-4307 |
| | kingelhart@lambdalegal.org |

*Attorneys for Plaintiffs*

\* Application for admission *pro hac vice* forthcoming.