# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS
# KANSAS CITY DIVISION

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official capacity as Director of Vital Statistics for the State of Kansas,<br><br>*Defendants*. | Civil Action No. 18-2552 |

## **PLAINTIFF'S DISCLOSURE OF CORPORATE INTERESTS**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Kansas Statewide Transgender Education Project, for its disclosure of corporate interests, states as follows:

1. Kansas Statewide Transgender Education Project ("K-STEP") is a non-governmental corporation.

2. K-STEP is not a publicly-traded company.

Respectfully submitted,

/s/ James D. Lawrence
James D. Lawrence (Bar No. KS #22565)
Sarah R. Holdmeyer (Bar No. KS #27584)
BRYAN CAVE LEIGHTON PAISNER LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
t: (816) 374-3200 | f: (816) 374-3300
jdlawrence@bclplaw.com
sarah.holdmeyer@bclplaw.com

Katherine A. Keating*
BRYAN CAVE LEIGHTON PAISNER LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
t: (415) 675-3400 | f: (415) 675-3434
katherine.keating@bclplaw.com

/s/ Omar Gonzalez-Pagan
Omar Gonzalez-Pagan*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, New York 10005
t: (212) 809-8585 | f: (212) 809-0055
ogonzalez-pagan@lambdalegal.org

Kara N. Ingelhart*
LAMBDA LEGAL DEFENSE AND
    EDUCATION FUND, INC.
105 West Adams Street, Suite 2600
Chicago, Illinois 60603
t: (312) 663-4413 | f: (312) 663-4307
kingelhart@lambdalegal.org

*Attorneys for Plaintiffs*

* Application for admission *pro hac vice* forthcoming.