# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

NYLA FOSTER; LUC BENSIMON;
JESSICA HICKLIN; C.K.; and KANSAS
STATEWIDE TRANSGENDER
EDUCATION PROJECT,

               *Plaintiffs,*

        v.

JEFF ANDERSEN, in his official capacity as
Secretary of the Kansas Department of Health
and Environment; ELIZABETH W. SAADI,
in her official capacity as State Registrar for
the State of Kansas; and KAY HAUG, in her
official capacity as Director of Vital Statistics
for the State of Kansas,

               *Defendants.*

Civil Action No.

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Katherine A. Keating be admitted to

practice in the United States District Court for the District of Kansas, for purposes of this case

only.

I certify that I am a member in good standing of the Bar of this Court and that in

compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are

signed and filed by said attorney. I also agree that I will participate meaningfully in the

preparation and trial of this case, to the extent required by the Court.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

|  |  |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT, | |
| *Plaintiffs,* | Civil Action No. |
| v. | |
| JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official capacity as Director of Vital Statistics for the State of Kansas, | |
| *Defendants.* | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1.     My full name is:   Katherine A. Keating

2.     I practice under the following firm name or letterhead:

Name:     Bryan Cave Leighton Paisner LLP

Address:   Three Embarcadero Center, 7th Floor
            San Francisco, CA 94111

Telephone Number:     (415) 675-3400

Fax:                  (415) 675-3434

Email address:     katherine.keating@bclplaw.com

3.     I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| California | 12/11/2001 | 217908 |
| US Supreme Court | 2/19/2013 | |
| US Court of Appeals, 9th Circuit | 10/24/2013 | |
| US District Court, N.D. California | 3/11/2004 | |
| US District Court, E.D. California | 5/21/2005 | |
| US District Court, C.D. California | 5/2/2005 | |

4.     I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.     I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.     I am in good standing in all bars of which I am a member.

7.     No disciplinary or grievance proceedings have been previously filed against me.

8.     No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.     I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

12234606.1

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

Katherine A. Keating

STATE OF CALIFORNIA )
                    ) ss
COUNTY OF _____ )

SUBSCRIBED AND SWORN TO before me this ____ day of ____, 2018, by Katherine A. Keating, proved to be on the basis of satisfactory evidence to be the person who appeared before me.

(See Attached)

Notary Public

My Commission expires: _____

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**        GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____        _____
Signature of Document Signer No. 1      Signature of Document Signer No. 2 (if any)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of  San Francisco

DOUGLAS E. CURRAN
Notary Public - California
San Francisco County
Commission # 2152123
My Comm. Expires May 5, 2020

*Place Notary Seal Above*

Subscribed and sworn to (or affirmed) before me

on this  16th  day of  October , 20 18 ,
      *Date*      *Month*      *Year*

by

(1) KATHERINE ANNE KEATING _____

(and (2)_____ ),
          *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
          *Signature of Notary Public*

———————————— **OPTIONAL** ————————————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

Description of Attached Document AFFIDAVIT IN SUPPORT OF
      MOTION FOR LEAVE TO
Title or Type of Document: APPEAR PRO HAC VICE _____  Document Date: 10|16|2018
      2 + JURAT
Number of Pages: 2  Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910