**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT, | |
| | Civil Action No. |
| *Plaintiffs,* | |
| v. | |
| JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official capacity as Director of Vital Statistics for the State of Kansas, | |
| *Defendants.* | |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that Kara Ingelhart be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney.  I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address.  I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ *Sarah R. Holdmeyer*
    Sarah R. Holdmeyer        KS #27584
    1200 Main Street, Suite 3800
    Kansas City, MO 64105
    (816) 374-3200 (telephone)
    (816) 374-3300 (facsimile)
    sarah.holdmeyer@bclplaw.com

    ATTORNEYS FOR PLAINTIFFS

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**
**KANSAS CITY DIVISION**

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT, | |
| *Plaintiffs*, | Civil Action No. |
| v. | |
| JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official capacity as Director of Vital Statistics for the State of Kansas, | |
| *Defendants*. | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1.  My full name is:   Kara N. Ingelhart

2.  I practice under the following firm name or letterhead:

    Name:   Lambda Legal Defense and Education Fund, Inc.

    Address:   105 W. Adams Street, Suite 2600
    Chicago, Illinois 60603

    Telephone Number:   (312) 663-4413

    Fax:   (312) 663-4307

Email address:          kingelhart@lambdalegal.org

3.    I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Illinois | 12/22/2015 | 6321949 |
| Northern District of Illinois | 1/27/2017 | |
| Western District of Michigan | 9/1/2017 | |
| 7th Circuit Court of Appeals | 3/10/2017 | |
| 9th Circuit Court of Appeals | 12/19/2017 | |

4.    I have reviewed D. Kan. Rule 83.5.4.  Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5.    I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6.    I am in good standing in all bars of which I am a member.

7.    No disciplinary or grievance proceedings have been previously filed against me.

8.    No disciplinary or grievance proceedings are pending against me in any jurisdiction.

9.    I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10.   I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit.  I understand I will receive System-generated notices of electronic filing.

Kara N. Inglehart

STATE OF ILLINOIS          )
                           ) ss
COUNTY OF _Cook_           )

    SUBSCRIBED AND SWORN TO before me this _12th_ day of _Oct._, 2018, by Kara N. Inglehart, proved to be on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

My Commission expires: _11 - 27 - 20_

CHERYL L ANGELACCIO
Official Seal
Notary Public - State of Illinois
My Commission Expires Nov 27, 2020