IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official capacity as Director of Vital Statistics for the State of Kansas,<br><br>*Defendants*. | Civil Action No. |

## MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I move that <u>Omar Francisco Gonzalez-Pagan</u> be admitted to practice in the United States District Court for the District of Kansas, for purposes of this case only.

I certify that I am a member in good standing of the Bar of this Court and that in compliance with D. Kan. Rule 83.5.4(c), I will sign all pleadings and other papers which are signed and filed by said attorney. I also agree that I will participate meaningfully in the preparation and trial of this case, to the extent required by the Court.

12228577.1

Pursuant to D. Kan. Rule 83.5.4 (a), I have attached the required affidavit in support of this motion, and have sent a proposed order granting this motion to chamber's email address. I have also verified that the information contained in the affidavit is true and accurate.

Respectfully submitted,

**BRYAN CAVE LEIGHTON PAISNER LLP**

By: /s/ *Sarah R. Holdmeyer*
  James D. Lawrence      KS #22565
  Sarah R. Holdmeyer     KS #27584
  1200 Main Street, Suite 3800
  Kansas City, MO 64105
  (816) 374-3200 (telephone)
  (816) 374-3300 (facsimile)
  jdlawrence@bclplaw.com
  sarah.holdmeyer@bclplaw.com

  ATTORNEYS FOR PLAINTIFFS

12228577.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official capacity as Director of Vital Statistics for the State of Kansas,<br><br>*Defendants*. | Civil Action No. |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Pursuant to D. Kan. Rule 83.5.4., I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is:  Omar Francisco Gonzalez-Pagan

2. I practice under the following firm name or letterhead:

   Name:  Lambda Legal Defense and Education Fund, Inc.

   Address:  120 Wall Street, 19th Floor
   New York, New York 10005

   Telephone Number:    (212) 809-8585, ext. 211

   Fax:                 (212) 809-0055

12228577.1

        Email address:      ogonzalez-pagan@lambdalegal.org; omar.gp@gmail.com

3. I have been admitted to practice in the following courts:

| Court | Date of Admission | Bar Number |
|---|---|---|
| Commonwealth of Massachusetts | 11/23/2010 | 678517 |
| State of New York | 2/25/2015 | 5294616 |
| U.S. Supreme Court | 3/23/2015 | 294090 |
| First Circuit Court of Appeals | 11/14/2014 | 1167550 |
| Second Circuit Court of Appeals | 3/8/2016 | |
| Third Circuit Court of Appeals | 1/12/2018 | |
| Fourth Circuit Court of Appeals | 10/19/2017 | |
| Fifth Circuit Court of Appeals | 10/9/2014 | |
| Seventh Circuit Court of Appeals | 8/5/2016 | |
| Eighth Circuit Court of Appeals | 3/16/2018 | |
| Eleventh Circuit Court of Appeals | 3/24/2017 | |
| U.S. District Court, District of Colorado | 12/7/2015 | |
| U.S. District Court, District of Massachusetts | 11/15/2011 | |
| U.S. District Court, N.D. New York | 10/23/2017 | 520915 |
| U.S. District Court, S.D. New York | 9/29/2015 | OG2885 |

4. I have reviewed D. Kan. Rule 83.5.4. Pursuant to that rule I have retained local counsel to assist in the representation in this case, and I agree that local counsel will sign all pleadings or other papers and participate meaningfully in the preparation and trial of the case or proceedings to the extent required by the Court.

5. I consent to the exercise of disciplinary jurisdiction over any alleged misconduct that occurs during the progress of this case.

6. I am in good standing in all bars of which I am a member.

7. No disciplinary or grievance proceedings have been previously filed against me.

8. No disciplinary or grievance proceedings are pending against me in any jurisdiction.

12228577.1

9. I have not been charged in any court of the United States or of any state, territory or possession of the United States with the commission of a felony or unprofessional conduct.

10. I have completed the Electronic Filing Registration Form for filing as an attachment to this motion and affidavit. I understand I will receive System-generated notices of electronic filing.

_____
Omar Francisco Gonzalez-Pagan

STATE OF MISSOURI   )
                    ) ss
COUNTY OF Jackson   )

SUBSCRIBED AND SWORN TO before me this 15th day of Oct, 2018, by Omar Francisco Gonzalez-Pagan, proved to be on the basis of satisfactory evidence to be the person who appeared before me.

_____
Notary Public

My Commission expires: 11/20/2018

> ROBIN LEA SCHNEIDER
> Notary Public - Notary Seal
> State of Missouri, Clay County
> Commission # 14631604
> My Commission Expires Nov 20, 2018

12228577.1