# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Kansas

Case Number: 2:18-CV-02552

Plaintiff/Petitioner:
**NYLA FOSTER, et al.**

vs.

Defendant/Respondent:
**JEFF ANDERSEN, et al.**

Received by HPS Process Service & Investigations to be served on **Jeff Andersen, 1000 Southwest Jackson, Topeka, KS 66612**.

I, ARIEL WILSON, do hereby affirm that on the **18th day of October, 2018** at **3:29 pm, I:**

Served the within named with a true copy of the **Summons in a Civil Action; Complaint for Declaratory and Injunctive Relief; Plaintiff's Disclosure of Corporate Interests; Plaintiff C.K.'s Memorandum of Law in Support of Motion to Proceed Pseudonymously; and Plaintiff C.K.'s Motion to Proceed Pseudonymously** by leaving with Carole Creason, Secretary at **1000 Southwest Jackson, Topeka, KS 66612**.

I am over the age of eighteen, and have no interest in the above action.

**ARIEL WILSON**
Process Server

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: HAT-2018018395
Service Fee: $36.56