#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official Capacity as Director of Vital Statistics for the State of Kansas,<br><br>*Defendants*. | Civil Action No. 2:18-cv-02552 |

### UNOPPOSED MOTION FOR CONTINUANCE

COMES NOW Defendants Jeff Andersen, Secretary for the Kansas Department of Health and Environment, Elizabeth W. Saadi, State Registrar, and Kay Haug, Director of Vital Statistics, by and through Defendants' attorney, Eugene Lueger, pursuant to Fed. R. Civ. P. Rule 7(b) and D. Kan. Rule 7.1 hereby request an extension of time to answer or otherwise plead.

Due to the complexity and multiple issues alleged in the complaint and combined with a heavy workload of the attorney for the Defendants, the Defendants respectfully request an additional 21 days in which to answer or until December 14, 2018.

Defendants were served with Summons on October 19, 2018. The Defendants' time originally prescribed for answering or responding to Plaintiff's Complaint was extended to November 23, 2018.

Counsel for Plaintiffs does not object to a 21-day continuance.

Respectfully submitted,


  /s/ Eugene Lueger
Eugene Lueger, Attorney, SCID#13972
Kansas Department of Health & Environment
Office of Legal Services
Curtis State Office Building, Suite 560
1000 SW Jackson
Topeka, Kansas 66612-1371
(785) 296-0088
gene.lueger@ks.gov
ATTORNEY FOR DEFENDANTS
JEFF ANDERSEN, SECRETARY FOR THE KDHE
ELIZABETH W. SAADI, STATE REGISTRAR, AND
KAY HAUG, DIRECTOR OF VITAL STATISTICS

## CERTIFICATE OF SERVICE

      I hereby certify that on the _____ day of November, 2018, I presented the foregoing to the Clerk of the Court for filing and uploading to the CM/ECF system that will send notice of electronic filing to the following:

James D. Lawrence
Sarah R. Holdmeyer
Bryan Cave Leighton Paisner, LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
jdlawrence@bclplaw.com
sarah.holdmeyer@bclplaw.com
ATTORNEYS FOR PLAINTIFFS

Katherine A. Keating
Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Katherine.keating@bclplaw.com
ATTORNEY FOR PLAINTIFFS

Omar Gonzalez-Pagan
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, New York 10005
Ogonzalez-pagan@lambdalegal.org
ATTORNEY FOR PLAINTIFFS

Kara N. Ingelhart
Lambda Legal Defense and Education Fund, Inc.
105 West Adams Street, Suite 2600
Chicago, Illinois 60603
kingelhart@lambdalegal.org
ATTORNEY FOR PLAINTIFFS

                                                /s/ Eugene Lueger
                                             Eugene Lueger, Attorney, SCID#13972