# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT, <br><br> *Plaintiffs*, <br><br> v. <br><br> JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official Capacity as Director of Vital Statistics for the State of Kansas, <br><br> *Defendants*. | Civil Action No. 2:18-cv-02552 |

## ANSWER TO COMPLAINT

COMES NOW Defendants Jeff Andersen, Secretary for the Kansas Department of Health and Environment, Elizabeth W. Saadi, State Registrar, and Kay Haug, Director of Vital Statistics, [Defendants], by and through Defendants' attorney, Eugene Lueger, and for their Answer state in response to each numbered paragraph of the Complaint as follows:

1.     Defendants are without knowledge of the allegations in paragraph 1, therefore the allegations are denied.

2.     Defendants are without knowledge of the allegations in paragraph 2, therefore the allegations are denied.

3.     Defendants are without knowledge of the allegations in paragraph 3, therefore the allegations are denied.

4.      Defendants are without knowledge of the allegations in paragraph 4, therefore the allegations are denied.

5.      Defendants deny the allegations contained in paragraph 5.

6.      Defendants deny the allegations contained in paragraph 6.

7.      Defendants deny the allegations contained in paragraph 7.

8.      Defendants are without knowledge of the allegations in paragraph 8, therefore the allegations are denied.

9.      Defendants deny the allegations contained in paragraph 9.

10.      Defendants are without knowledge of the allegations in paragraph 10, therefore the allegations are denied.

11.      Defendants are without knowledge of the allegations in paragraph 11, therefore the allegations are denied.

12.      Defendants are without knowledge of the allegations in paragraph 12, therefore the allegations are denied.

13.      Defendants are without knowledge of the allegations in paragraph 13, therefore the allegations are denied.

14.      Defendants are without knowledge of the allegations in paragraph 14, therefore the allegations are denied.

15.      Defendants are without knowledge of the allegations in paragraph 15, therefore the allegations are denied.

16.      Defendants are without knowledge of the allegations in paragraph 16, therefore the allegations are denied.

17.     Defendants are without knowledge of the allegations in paragraph 17, therefore the allegations are denied.

18.     Defendants are without knowledge of the allegations in paragraph 18, therefore the allegations are denied.

19.     Defendants are without knowledge of the allegations in paragraph 19, therefore the allegations are denied.

20.     Defendants are without knowledge of the allegations in paragraph 20, therefore the allegations are denied.

21.     Defendants admit that Defendant Jeff Andersen, as Secretary of the Kansas Department of Health and Environment, pursuant to 2017 K.S.A. Supp. 65-2402, shall install a statewide system of vital statistics; enforces K.S.A. 65-2401 *et seq*. and the regulations made pursuant thereto; prescribes forms for collection, transcribing, compiling and preserving vital statistics; and pursuant to K.S.A. 65-2402 acts under color of state law. Defendants otherwise deny the allegations contained in paragraph 21.

22.     Defendants admit that Defendant Elizabeth W. Saadi, as State Registrar, pursuant to K.S.A. 65-2406, enforces K.S.A. 65-2401 *et seq*. and the regulations made pursuant thereto; shall have charge of the collection of vital statistics; and shall be custodian of all files and records; and pursuant to K.S.A. 65-2406 acts under color of state law. Defendants otherwise deny the allegations contained in paragraph 22.

23.     Defendants deny the allegations contained in paragraph 23.

24.     Defendants are without knowledge of the allegations in paragraph 24, therefore the allegations are denied.

25.     Defendants are without knowledge of the allegations in paragraph 25, therefore the allegations are denied.

26.     Defendants are without knowledge of the allegations in paragraph 26, therefore the allegations are denied.

27.     Defendants are without knowledge of the allegations in paragraph 27, therefore the allegations are denied.

28.     Defendants are without knowledge of the allegations in paragraph 28, therefore the allegations are denied.

29.     Defendants are without knowledge of the allegations in paragraph 29, therefore the allegations are denied.

30.     Defendants are without knowledge of the allegations in paragraph 30, therefore the allegations are denied.

31.     Defendants are without knowledge of the allegations in paragraph 31, therefore the allegations are denied.

32.     Defendants are without knowledge of the allegations in paragraph 32, therefore the allegations are denied.

33.     Defendants are without knowledge of the allegations in paragraph 33, therefore the allegations are denied.

34.     Defendants are without knowledge of the allegations in paragraph 34, therefore the allegations are denied.

35.     Defendants are without knowledge of the allegations in paragraph 35, therefore the allegations are denied.

36.     Defendants are without knowledge of the allegations in paragraph 36, therefore the allegations are denied.

37.     Defendants are without knowledge of the allegations in paragraph 37, therefore the allegations are denied.

38.     Defendants are without knowledge of the allegations in paragraph 38, therefore the allegations are denied.

39.     Defendants are without knowledge of the allegations in paragraph 39, therefore the allegations are denied.

40.     Defendants are without knowledge of the allegations in paragraph 40, therefore the allegations are denied.

41.     Defendants are without knowledge of the allegations in paragraph 41, therefore the allegations are denied.

42.     Defendants are without knowledge of the allegations in paragraph 42, therefore the allegations are denied.

43.     Defendants deny the allegations contained in paragraph 43.

44.     Defendants deny the allegations contained in paragraph 44.

45.     Defendants are without knowledge of the allegations in paragraph 45, therefore the allegations are denied.

46.     Defendants are without knowledge of the allegations in paragraph 46, therefore the allegations are denied.

47.     Defendants are without knowledge of the allegations in paragraph 47, therefore the allegations are denied.

48.     Defendants are without knowledge of the allegations in paragraph 48, therefore the allegations are denied.

49.     Defendants are without knowledge of the allegations in paragraph 49, therefore the allegations are denied.

50.     Defendants are without knowledge of the allegations in paragraph 50, therefore the allegations are denied.

51.     Defendants are without knowledge of the allegations in paragraph 51, therefore the allegations are denied.

52.     Defendants are without knowledge of the allegations in paragraph 52, therefore the allegations are denied.

53.     Defendants admit in part and deny in part the allegations contained in paragraph 53.  Vital records filed with the Kansas Department of Health and Environment, including birth, death, marriage and divorce records are not public records.

54.     Defendants admit the Kansas Office of Vital Statistics receives and preserves vital records for events that occur in Kansas, such as births, deaths, marriages and divorces. The Defendants deny the remaining allegations in paragraph 54.

55.     Defendants deny the allegations contained in paragraph 55.

56.     Defendants deny the allegations contained in paragraph 56.

57.     Defendants admit that the Uniform Vital Statistics Act permits the Defendants to correct minor errors pursuant to K.S.A. 65-2422c.  Defendants deny the remaining allegations contained in paragraph 57.

58.     Defendants admit the allegations contained in paragraph 58.

59.     Defendants admit they are required to register a birth certificate after the adoption of a child pursuant to K.S.A. 65-2423 and reflect the new name of the child and adoptive parents and that the original birth certificate shall be sealed and can only be opened upon the demand of the adopted person if of legal age or by an order of the court.  The remaining allegations are denied.

60.     Defendants admit the allegations contained in paragraph 60.

61.     Defendants admit the allegations contained in paragraph 61.

62.     Defendants admit the allegations contained in paragraph 62.

63.     Defendants admit that no specific statute or regulation states that the correction of the gender marker on a birth certificate in order to accurately reflect the sex of a transgender person is prohibited.  Defendant deny the remaining allegations contained in paragraph 63.

64.     Defendants deny the allegations contained in paragraph 64.

65.     Defendants are without knowledge of the allegations in paragraph 65, therefore the allegations are denied.

66.     Defendants are without knowledge of the allegations in paragraph 66, therefore the allegations are denied.

67.     Defendants are without knowledge of the allegations in paragraph 67, therefore the allegations are denied.

68.     Defendants are without knowledge of the allegations in paragraph 68, therefore the allegations are denied.

69.     Defendants are without knowledge of the allegations in paragraph 69, therefore the allegations are denied.

70.     Defendants are without knowledge of the allegations in paragraph 70, therefore the allegations are denied.

71.     Defendants are without knowledge of the allegations in paragraph 71, therefore the allegations are denied.

72.     Defendants are without knowledge of the allegations in paragraph 72, therefore the allegations are denied.

73.     Defendants are without knowledge of the allegations in paragraph 73, therefore the allegations are denied.

74.     Defendants are without knowledge of the allegations in paragraph 74, therefore the allegations are denied.

75.     Defendants are without knowledge of the allegations in paragraph 75, therefore the allegations are denied.

76.     Defendants are without knowledge of the allegations in paragraph 76, therefore the allegations are denied.

77.     Defendants are without knowledge of the allegations in paragraph 77, therefore the allegations are denied.

78.     Defendants are without knowledge of the allegations in paragraph 78, therefore the allegations are denied.

79.     Defendants are without knowledge of the allegations in paragraph 79, therefore the allegations are denied.

80.     Defendants deny the allegations contained in paragraph 80.

81.     Defendants deny the allegations contained in paragraph 81.

82.     Defendants are without knowledge of the allegations in paragraph 82, therefore the allegations are denied.

83.     Defendants are without knowledge of the allegations in paragraph 83, therefore the allegations are denied.

84.     Defendants are without knowledge of the allegations in paragraph 84, therefore the allegations are denied.

85.     Defendants deny the allegations contained in paragraph 85.

86.     Defendants deny the allegations contained in paragraph 86.

87.     Defendants deny the allegations contained in paragraph 87.

88.     Defendants are without knowledge of the allegations in paragraph 88, therefore the allegations are denied.

89.     Defendants are without knowledge of the allegations in paragraph 89, therefore the allegations are denied.

90.     Defendants are without knowledge of the allegations in paragraph 90, therefore the allegations are denied.

91.     Defendants are without knowledge of the allegations in paragraph 91, therefore the allegations are denied.

92.     Defendants are without knowledge of the allegations in paragraph 92, therefore the allegations are denied.

93.     Defendants are without knowledge of the allegations in paragraph 93, therefore the allegations are denied.

94.     Defendants are without knowledge of the allegations in paragraph 94, therefore the allegations are denied.

95.     Defendants are without knowledge of the allegations in paragraph 95, therefore the allegations are denied.

96.     Defendants are without knowledge of the allegations in paragraph 96, therefore the allegations are denied.

97.     Defendants are without knowledge of the allegations in paragraph 97, therefore the allegations are denied.

98.     Defendants are without knowledge of the allegations in paragraph 98, therefore the allegations are denied.

99.     Defendants deny the allegations contained in paragraph 99.

100.     Defendants are without knowledge of the allegations in paragraph 100, therefore the allegations are denied.

101.     Defendants are without knowledge of the allegations in paragraph 101, therefore the allegations are denied.

102.     Defendants are without knowledge of the allegations in paragraph 102, therefore the allegations are denied.

103.     Defendants are without knowledge of the allegations in paragraph 103, therefore the allegations are denied.

104.     Defendants are without knowledge of the allegations in paragraph 104, therefore the allegations are denied.

105.     Defendants deny the allegations contained in paragraph 105.

106.     Defendants are without knowledge of the allegations in paragraph 106, therefore the allegations are denied.

107.    Defendants are without knowledge of the allegations in paragraph 107, therefore the allegations are denied.

108.    Defendants are without knowledge of the allegations in paragraph 108, therefore the allegations are denied.

109.    Defendants are without knowledge of the allegations in paragraph 109, therefore the allegations are denied.

110.    Defendants are without knowledge of the allegations in paragraph 110, therefore the allegations are denied.

111.    Defendants are without knowledge of the allegations in paragraph 111, therefore the allegations are denied.

112.    Defendants are without knowledge of the allegations in paragraph 112, therefore the allegations are denied.

113.    Defendants are without knowledge of the allegations in paragraph 113, therefore the allegations are denied.

114.    Defendants are without knowledge of the allegations in paragraph 114, therefore the allegations are denied.

115.    Defendants are without knowledge of the allegations in paragraph 115, therefore the allegations are denied.

116.    Defendants are without knowledge of the allegations in paragraph 116, therefore the allegations are denied.

117.    Defendants are without knowledge of the allegations in paragraph 117, therefore the allegations are denied.

118.     Defendants are without knowledge of the allegations in paragraph 118, therefore the allegations are denied.

119.     Defendants are without knowledge of the allegations in paragraph 119, therefore the allegations are denied.

120.     Defendants are without knowledge of the allegations in paragraph 120, therefore the allegations are denied.

121.     Defendants are without knowledge of the allegations in paragraph 121, therefore the allegations are denied.

122.     Defendants are without knowledge of the allegations in paragraph 122, therefore the allegations are denied.

123.     Defendants are without knowledge of the allegations in paragraph 123, therefore the allegations are denied.

124.     Defendants are without knowledge of the allegations in paragraph 124, therefore the allegations are denied.

125.     Defendants deny the allegations contained in paragraph 125.

126.     Defendants are without knowledge of the allegations in paragraph 126, therefore the allegations are denied.

127.     Defendants are without knowledge of the allegations in paragraph 127, therefore the allegations are denied.

128.     Defendants are without knowledge of the allegations in paragraph 128, therefore the allegations are denied.

129.     Defendants are without knowledge of the allegations in paragraph 129, therefore the allegations are denied.

130.    Defendants deny the allegations contained in paragraph 130.

131.    Defendants are without knowledge of the allegations in paragraph 131, therefore the allegations are denied.

132.    Defendants are without knowledge of the allegations in paragraph 132, therefore the allegations are denied.

133.    Defendants are without knowledge of the allegations in paragraph 133, therefore the allegations are denied.

134.    Defendants are without knowledge of the allegations in paragraph 134, therefore the allegations are denied.

135.    Defendants are without knowledge of the allegations in paragraph 135, therefore the allegations are denied.

136.    Defendants are without knowledge of the allegations in paragraph 136, therefore the allegations are denied.

137.    Defendants are without knowledge of the allegations in paragraph 137, therefore the allegations are denied.

138.    Defendants are without knowledge of the allegations in paragraph 138, therefore the allegations are denied.

139.    Defendants are without knowledge of the allegations in paragraph 139, therefore the allegations are denied.

140.    Defendants are without knowledge of the allegations in paragraph 140, therefore the allegations are denied.

141.    Defendants are without knowledge of the allegations in paragraph 141, therefore the allegations are denied.

142.    Defendants are without knowledge of the allegations in paragraph 142, therefore the allegations are denied.

143.    Defendants are without knowledge of the allegations in paragraph 143, therefore the allegations are denied.

144.    Defendants are without knowledge of the allegations in paragraph 144, therefore the allegations are denied.

145.    Defendants are without knowledge of the allegations in paragraph 145, therefore the allegations are denied.

146.    Defendants are without knowledge of the allegations in paragraph 146, therefore the allegations are denied.

147.    Defendants are without knowledge of the allegations in paragraph 147, therefore the allegations are denied.

148.    Defendants are without knowledge of the allegations in paragraph 148, therefore the allegations are denied.

149.    Defendants deny the allegations contained in paragraph 149.

150.    Defendants are without knowledge of the allegations in paragraph 150, therefore the allegations are denied.

151.    Defendants are without knowledge of the allegations in paragraph 151, therefore the allegations are denied.

152.    Defendants are without knowledge of the allegations in paragraph 152, therefore the allegations are denied.

153.    Defendants are without knowledge of the allegations in paragraph 153, therefore the allegations are denied.

154.     Defendants are without knowledge of the allegations in paragraph 154, therefore the allegations are denied.

155.     Defendants are without knowledge of the allegations in paragraph 155, therefore the allegations are denied.

156.     Defendants are without knowledge of the allegations in paragraph 156, therefore the allegations are denied.

157.     Defendants are without knowledge of the allegations in paragraph 157, therefore the allegations are denied.

158.     Defendants are without knowledge of the allegations in paragraph 158, therefore the allegations are denied.

159.     Defendants are without knowledge of the allegations in paragraph 159, therefore the allegations are denied.

160.     Defendants are without knowledge of the allegations in paragraph 160, therefore the allegations are denied.

161.     Defendants are without knowledge of the allegations in paragraph 161, therefore the allegations are denied.

162.     Defendants are without knowledge of the allegations in paragraph 162, therefore the allegations are denied.

163.     Defendants are without knowledge of the allegations in paragraph 163, therefore the allegations are denied.

164.     Defendants are without knowledge of the allegations in paragraph 164, therefore the allegations are denied.

165.     Defendants deny the allegations contained in paragraph 165.

166.     Defendants are without knowledge of the allegations in paragraph 166, therefore the allegations are denied.

167.     Defendants are without knowledge of the allegations in paragraph 167, therefore the allegations are denied.

168.     Defendants are without knowledge of the allegations in paragraph 168, therefore the allegations are denied.

169.     Defendants deny the allegations contained in paragraph 169.

170.     Defendants deny the allegations contained in paragraph 170.

171.     Defendants admit that they act under color of state law when performing duties pursuant to K.S.A. 65-2401 *et seq.*  Defendants otherwise deny the allegations contained in paragraph 171.

172.     Defendants deny the allegations contained in paragraph 172.

173.     Defendants deny, admit or are without knowledge of the allegations contained in paragraphs 1 through 172 as reflected in the previous numbered paragraphs of this Answer.

174.     Defendants are without knowledge of the allegations in paragraph 174, therefore the allegations are denied.

175.     Defendants deny the allegations contained in paragraph 175.

176.     Defendants deny the allegations contained in paragraph 176.

177.     Defendants are without knowledge of the allegations in paragraph 177, therefore the allegations are denied.

178.     Defendants are without knowledge of the allegations in paragraph 178, therefore the allegations are denied.

179.     Defendants are without knowledge of the allegations in paragraph 179, therefore the allegations are denied.

180.     Defendants deny the allegations contained in paragraph 180.

181.     Defendants are without knowledge of the allegations in paragraph 181, therefore the allegations are denied.

182.     Defendants are without knowledge of the allegations in paragraph 182, therefore the allegations are denied.

183.     Defendants deny the allegations contained in paragraph 183.

184.     Defendants deny the allegations contained in paragraph 184.

185.     Defendants deny the allegations contained in paragraph 185.

186.     Defendants deny the allegations contained in paragraph 186.

187.     Defendants deny the allegations contained in paragraph 187.

188.     Defendants deny, admit or are without knowledge of the allegations contained in paragraphs 1 through 172 as reflected in the previous numbered paragraphs of this Answer.

189.     Defendants are without knowledge of the allegations in paragraph 189, therefore the allegations are denied.

190.     Defendants deny the allegations contained in paragraph 190.

191.     Defendants are without knowledge of the allegations in paragraph 191, therefore the allegations are denied.

192.     Defendants are without knowledge of the allegations in paragraph 192, therefore the allegations are denied.

193.     Defendants are without knowledge of the allegations in paragraph 193, therefore the allegations are denied.

194.    Defendants are without knowledge of the allegations in paragraph 194, therefore the allegations are denied.

195.    Defendants deny the allegations contained in paragraph 195.

196.    Defendants are without knowledge of the allegations in paragraph 196, therefore the allegations are denied.

197.    Defendants are without knowledge of the allegations in paragraph 197, therefore the allegations are denied.

198.    Defendants are without knowledge of the allegations in paragraph 198, therefore the allegations are denied.

199.    Defendants are without knowledge of the allegations in paragraph 199, therefore the allegations are denied.

200.    Defendants deny the allegations contained in paragraph 200.

201.    Defendants deny the allegations contained in paragraph 201.

202.    Defendants are without knowledge of the allegations in paragraph 202, therefore the allegations are denied.

203.    Defendants are without knowledge of the allegations in paragraph 203, therefore the allegations are denied.

204.    Defendants deny the allegations contained in paragraph 204.

205.    Defendants deny, admit or are without knowledge of the allegations contained in paragraphs 1 through 172 as reflected in the previous numbered paragraphs of this Answer.

206.    Defendants are without knowledge of the allegations in paragraph 206, therefore the allegations are denied.

207.    Defendants deny the allegations contained in paragraph 207.

208.    Defendants are without knowledge of the allegations in paragraph 208, therefore the allegations are denied.

209.    Defendants deny the allegations contained in paragraph 209.

210.    Defendants deny the allegations contained in paragraph 210.

211.    Defendants deny the allegations contained in paragraph 211.

212.    Defendants deny the allegations contained in paragraph 212.

213.    Defendants deny the allegations contained in paragraph 213.

214.    Defendants deny the allegations contained in paragraph 214.

215.    Defendants deny that as officials sued in their official capacity that they violated any rights of the Plaintiffs provided by federal law and deny that any claims asserted by Plaintiffs resulted from the official actions of the Defendants or will be remedied by the relief requested.

216.    Plaintiffs' claims are barred by res judicata.  Denial of an amendment to a birth certificate is an agency action pursuant to K.S.A. 77-602(b).  Plaintiffs failed to file a Petition for Review in the Courts of the State of Kansas appealing the denials.  Plaintiffs could have litigated all the issues raised in the present Complaint in an appeal in State Court pursuant to the Kansas Judicial Review Act (K.S.A. 77-601 *et seq.*) and by failing to do so are precluded from litigating those issues in this case.

217.    The relief requested by Defendants is barred by the statute of limitations and doctrine of laches.

218.    Because there were state agency actions regarding the claims involved in this Complaint that Plaintiffs were able to appeal, but failed to appeal the administrative actions, the state court provided an adequate forum to hear the claims of the Plaintiffs and

the state proceedings involve important interests of the State of Kansas, this Court should decline to exercise jurisdiction pursuant to *Younger v. Harris,* 401 U.S. 37, 91 S.Ct. 746, 27 L.Ed.2d 669 (1971).

219.    Additional principles of abstention recognized in *Burford v. Sun Oil Co.,* 319 U.S. 315, 63 S.Ct. 1098, 87 L.Ed. 1424 (1943); *Colorado River Water Conservation Dist. v. United States,* 424 U.S. 800, 96 S. Ct. 1236, 47 L. Ed. 2d 483 (1976); and *Railroad Comm'n of Texas v. Pullman Co.*, 312 U.S. 496, 61 S. Ct. 643, 85 L. Ed. 971 (1941) are applicable in this case, therefore this Court should decline to exercise jurisdiction.

220.    Defendants are improper parties to this action and are not the real parties in interest. Defendants do not have authority to file birth certificates and lack independent authority to amend the Plaintiffs' birth certificates.  Pursuant to K.S.A. 65-2409a, physicians, hospitals, birth centers and parents are required to file birth certificates.  Defendants only have limited authority, to record the birth certificates received.  Furthermore, amendments to birth certificates are limited by specific grants of authority provided by the Kansas legislature. Defendants, as officers of an administrative agency, have limited authority.   Any exercise of authority must come from within the statutes granting the agency authority to act. *Pork Motel, Corp. v. Kansas Dept. of Health & Environment,* 234 Kan. 374, 673 P.2d 1126; *Food and Drug Administration v. Brown & Williamson Tobacco Corp.* (2000) 529 U.S. 120, 120 S.Ct. 1291, 146 L.Ed.2d 121.  K.S.A. 65-2401 *et seq*. limits the authority of the Defendants as provided in those statutes.

221. Plaintiffs fail to name necessary parties to the Complaint under Fed. R. Civ. P. 19, including agencies or individuals that discriminate against Plaintiffs in the instances specified in the Complaint.

222.    Under Kansas law, the Kansas Department of Health and Environment does not have the authority to sue or be sued.

223.    The Court lacks subject matter jurisdiction over the claims asserted by Plaintiffs pursuant to the 11th amendment to the U.S. Constitution, Article III standing, and lack of a case or controversy against Defendants.

224.    Kay Haug, Defendant, is not a proper party to this case.  Ms. Haug has not been granted legal authority to act on behalf of the State of Kansas nor on behalf of the other Defendants.  Ms. Haug, as a public servant and assistant to the State Registrar, is directed by the other Defendants and has no independent legal authority to act and therefore is an improper party in a §1983 action.

225.    Any allegation or averment in the Complaint not specifically admitted to in this Answer is denied.

226.    Defendants reserve the right to add additional affirmative defenses that arise in this case.

WHEREFORE, Defendants request that Plaintiffs' claims be dismissed with costs assessed

against Plaintiffs.


Respectfully submitted,


  /s/ Eugene Lueger
Eugene Lueger, Attorney, SCID#13972
Kansas Department of Health & Environment
Office of Legal Services
Curtis State Office Building, Suite 560
1000 SW Jackson
Topeka, Kansas 66612-1371
(785) 296-0088
gene.lueger@ks.gov
ATTORNEY FOR DEFENDANTS
JEFF ANDERSEN, SECRETARY FOR THE KDHE
LOU SAADI, STATE REGISTRAR, AND
KAY HAUG, DIRECTOR OF VITAL STATISTICS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of December, 2018, the foregoing document was filed electronically with the United States District Court for the District of Kansas, with notice to be sent electronically to the following:

James D. Lawrence
Sarah R. Holdmeyer
Bryan Cave Leighton Paisner, LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
jdlawrence@bclplaw.com
sarah.holdmeyer@bclplaw.com
ATTORNEYS FOR PLAINTIFFS

Katherine A. Keating
Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Katherine.keating@bclplaw.com
ATTORNEY FOR PLAINTIFFS

Omar Gonzalez-Pagan
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, New York 10005
Ogonzalez-pagan@lambdalegal.org
ATTORNEY FOR PLAINTIFFS

Kara N. Ingelhart
Lambda Legal Defense and Education Fund, Inc.
105 West Adams Street, Suite 2600
Chicago, Illinois 60603
kingelhart@lambdalegal.org
ATTORNEY FOR PLAINTIFFS

  /s/ Eugene Lueger
Eugene Lueger, Attorney, SCID#13972