## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | |
|---|---|
| **NYLA FOSTER, et al.** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v.    ) | Case No. 2:18-cv-2552 |
| ) | |
| **JEFF ANDERSEN, in his capacity as** ) | |
| **Secretary of the Kansas Department of Health** ) | |
| **and Environment, et al.** ) | |
| ) | |
| **Defendants,** ) | |
| ) | |

### CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Plaintiffs Nyla Foster, Luc Bensimon, Jessica Hicklin, C.K., and Kansas Statewide Transgender Education Project, by and through their attorneys, hereby certify that on February 5, 2019, their Initial Rule 26(a)(1) Disclosures were served via email to the following counsel of record:

Eugene Lueger, Attorney, SCID# 13972
Kansas Department of Health & Environment
Office of Legal Services
Curtis State Office Building, Suite 560
1000 SW Jackson
Topeka, KS 66612-1371
gene.lueger@ks.gov

Attorney for Defendants

Dated on this 5th day of February, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ James D. Lawrence* | */s/ Omar Gonzalez-Pagan* |
| James D. Lawrence (Bar No. 22565) | Omar Gonzalez-Pagan    *pro hac vice* |
| Sarah R. Holdmeyer (Bar No. 27584) | LAMBDA LEGAL DEFENSE AND |
| BRYAN CAVE LEIGHTON PAISNER LLP |      EDUCATION FUND, INC. |
| One Kansas City Place | 120 Wall Street, 19th Floor |
| 1200 Main Street, Suite 3800 | New York, New York 10005 |
| Kansas City, Missouri 64105 | t: (212) 809-8585 \| f: (212) 809-0055 |
| t: (816) 374-3378 \| f: (816) 855-3378 | ogonzalez-pagan@lambdalegal.org |
| jdlawrence@bclplaw.com | |
| sarah.holdmeyer@bclplaw.com | |
| | |
| Katherine A. Keating    *pro hac vice* | Kara N. Ingelhart    *pro hac vice* |
| BRYAN CAVE LEIGHTON PAISNER LLP | LAMBDA LEGAL DEFENSE AND |
| Three Embarcadero Center, 7th Floor |      EDUCATION FUND, INC. |
| San Francisco, California 94111 | 105 West Adams Street, Suite 2600 |
| t: (415) 268-1972 \| f: (415) 430-4372 | Chicago, Illinois 60603 |
| katherine.keating@bclplaw.com | t: (312) 663-4413 \| f: (312) 663-4307 |
| | kingelhart@lambdalegal.org |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

s/ *James D. Lawrence*
Attorney for Plaintiffs

2