## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2018, I served a true and complete copy of the foregoing document was served upon counsel for Plaintiffs by email.

  /s/ Eugene Lueger
Eugene Lueger, Attorney, SCID#13972