## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official Capacity as Director of Vital Statistics for the State of Kansas,<br><br>*Defendants*. | Civil Action No. 2:18-cv-02552 |

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 26(a)(1), Defendants Jeff Andersen, Elizabeth W. Saadi and Kay Haug by and through their attorney, hereby certify that on February 5, 2019, a true and complete copy of their Initial Rule 26(a)(1) Disclosures were served by email on the following counsel:

James D. Lawrence
Sarah R. Holdmeyer
Bryan Cave Leighton Paisner, LLP
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, Missouri 64105
jdlawrence@bclplaw.com
sarah.holdmeyer@bclplaw.com
ATTORNEYS FOR PLAINTIFFS

Katherine A. Keating
Bryan Cave Leighton Paisner LLP
Three Embarcadero Center, 7th Floor
San Francisco, California 94111
Katherine.keating@bclplaw.com
ATTORNEY FOR PLAINTIFFS

Omar Gonzalez-Pagan
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, 19th Floor
New York, New York 10005
Ogonzalez-pagan@lambdalegal.org
ATTORNEY FOR PLAINTIFFS

Kara N. Ingelhart
Lambda Legal Defense and Education Fund, Inc.
105 West Adams Street, Suite 2600
Chicago, Illinois 60603
kingelhart@lambdalegal.org
ATTORNEY FOR PLAINTIFFS



   /s/ Eugene Lueger
Eugene Lueger, Attorney, SCID#13972
Kansas Department of Health & Environment
Office of Legal Services
Curtis State Office Building, Suite 560
1000 SW Jackson
Topeka, Kansas 66612-1371
(785) 296-0088
gene.lueger@ks.gov
ATTORNEY FOR DEFENDANTS
JEFF ANDERSEN, SECRETARY FOR THE KDHE
LOU SAADI, STATE REGISTRAR, AND
KAY HAUG, DIRECTOR OF VITAL
STATISTICS