# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
### KANSAS CITY DIVISION

| | |
|---|---|
| NYLA FOSTER; LUC BENSIMON; JESSICA HICKLIN; C.K.; and KANSAS STATEWIDE TRANSGENDER EDUCATION PROJECT,<br><br>*Plaintiffs*,<br><br>v.<br><br>JEFF ANDERSEN, in his official capacity as Secretary of the Kansas Department of Health and Environment; ELIZABETH W. SAADI, in her official capacity as State Registrar for the State of Kansas; and KAY HAUG, in her official capacity as Director of Vital Statistics for the State of Kansas,<br><br>*Defendants*. | Civil Action No. 18-02552-DDC-KGG |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES

Plaintiffs Nyla Foster; Luc Bensimon; Jessica Hicklin; C.K.; and Kansas Statewide Transgender Education Project (collectively, "Plaintiffs"), by and through their attorneys, respectfully move this Court for an extension of time with regards to the expert disclosures deadlines. Specifically, Plaintiffs move to extend the deadlines for expert disclosures required by Fed. R. Civ. P. 26(a)(2), including expert reports, from May 31, 2019 for retained experts and June 21, 2019 for rebuttal experts to July 1, 2019 and July 22, 2019, respectively. In support thereof, Plaintiffs state as follows:

1. On October 15, 2018, Plaintiffs filed a Complaint for Declaratory, Injunctive, and Other Relief against Defendants alleging that Kansas's Birth Certificate Policy, prohibits

1

transgender people born in Kansas from obtaining birth certificates reflecting their true sex, consistent with their gender identity, violates, *inter alia*, Equal Protection Clause and the Due Process Clause of the Fourteenth Amendment to the United States Constitution (Dkt. 1).

2. On February 12, 2019, the Court issued a Scheduling Order setting forth various discovery deadlines, including deadlines for expert disclosures required by Fed. R. Civ. P. 26(a)(2), including reports, of May 31, 2019 for retained experts and June 21, 2019 for rebuttal experts.

3. The Parties desire to resolve the issues raised by Plaintiffs' Complaint and subsequent proceedings without the necessity of further litigation, and have been engaging in substantive conversations to resolve this matter.

4. Counsel for Plaintiffs conferred with Counsel for Defendants and Defendants do not object to this request.

5. Of course, "[e]xtensions of time are committed to the sound discretion of the trial court." *Adams v. Goodyear Tire & Rubber Co.*, 184 F.R.D. 369, 372 (D. Kan. 1998). Here, there is good cause for the extension of the deadlines for expert disclosures. None of the parties will be negatively affected by the extension of the expert disclosure deadlines. Moreover, the extension would not affect the overall discovery schedule. The extension, however, would conserve time and effort for the parties as they works towards a joint resolution.

WHEREFORE, in light of the above, Plaintiffs respectfully request that the Court extend the deadlines for expert disclosures required by Fed. R. Civ. P. 26(a)(2), including reports from retained experts, from May 31, 2019 for retained experts and June 21, 2019 for rebuttal experts to July 1, 2019 and July 22, 2019, respectively.

Dated on this 31st day of May, 2019.

Respectfully submitted,

| | |
|---|---|
| */s/ Omar Gonzalez-Pagan* | */s/ James D. Lawrence* |
| Omar Gonzalez-Pagan* | James D. Lawrence (Bar No. KS #22565) |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | Sarah R. Holdmeyer (Bar No. KS #27584) |
| | BRYAN CAVE LEIGHTON PAISNER LLP |
| 120 Wall Street, 19th Floor | One Kansas City Place |
| New York, New York 10005 | 1200 Main Street, Suite 3800 |
| t: (212) 809-8585 \| f: (212) 809-0055 | Kansas City, Missouri 64105 |
| ogonzalez-pagan@lambdalegal.org | t: (816) 374-3200 \| f: (816) 374-3300 |
| | jdlawrence@bclplaw.com |
| Kara N. Ingelhart* | sarah.holdmeyer@bclplaw.com |
| LAMBDA LEGAL DEFENSE AND EDUCATION FUND, INC. | |
| | Katherine A. Keating* |
| 105 West Adams Street, Suite 2600 | BRYAN CAVE LEIGHTON PAISNER LLP |
| Chicago, Illinois 60603 | Three Embarcadero Center, 7th Floor |
| t: (312) 663-4413 \| f: (312) 663-4307 | San Francisco, California 94111 |
| kingelhart@lambdalegal.org | t: (415) 675-3400 \| f: (415) 675-3434 |
| | katherine.keating@bclplaw.com |

\* Admitted *pro hac vice*.

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which sent notification of such filing to all counsel of record.

*/s/ James D. Lawrence*
James D. Lawrence
*Attorney for Plaintiffs*