# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NYLA FOSTER,<br>LUC BENSIMON,<br>JESSICA HICKLIN,<br>C.K., and<br>KANSAS STATEWIDE<br>  TRANSGENDER PROJECT,<br><br>    Plaintiffs,<br><br>      v.<br><br>JEFF ANDERSEN, in his official<br>  capacity as Secretary of the Kansas<br>  Department of Health and Environment,<br>ELIZABETH W. SAADI, in her official<br>  capacity as State Registrar for the State<br>  of Kansas, and<br>KAY HAUG, in her official capacity as<br>  Director of Vital Statistics for the State of<br>  Kansas,<br><br>    Defendants. | Case No. 2:18-cv-02552-DDC-KGG |

## ENTRY OF APPEARANCE

The Attorney General of Kansas hereby asserts his right and obligation to "control the state's prosecution or defense" in federal-court suits "in which the state [is] interested or a party," Kan. Stat. Ann. § 75-702 (2019), and informs the Court that the following assistants, authorized by *id.* § 75-710, shall represent all Defendants in this matter:

Daniel E. Burrows, Chief Deputy Attorney General (KS #30009)
Jesse Burris, Assistant Attorney General (KS #26856)

Such attorneys can be contacted at:

Office of the Attorney General
120 SW 10th Ave., 2nd Floor

Topeka, KS 66612
(785) 368-8435 (Mr. Burrows)
(785) 368-8197 (Mr. Burris)
daniel.burrows@ag.ks.gov
jesse.burris@ag.ks.gov

    Respectfully submitted this 23rd day of June, 2023.

                                        KRIS KOBACH
                                      Attorney General of Kansas

                                      s/ Daniel E. Burrows
                                      Daniel E. Burrows
                                      Bar Number 30009
                                      Chief Deputy Attorney General
                                      Office of the Attorney General
                                      120 SW 10th Ave., 2nd Floor
                                      Topeka, KS 66612
                                      Telephone: (785) 368-8435
                                      Email: daniel.burrows@ag.ks.gov