UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NYLA FOSTER,<br>LUC BENSIMON,<br>JESSICA HICKLIN,<br>C.K., and<br>KANSAS STATEWIDE<br>  TRANSGENDER PROJECT,<br><br>    Plaintiffs,<br><br>        v.<br><br>JANET STANEK, in her official capacity<br>  as Secretary of the Kansas Department<br>  of Health and Environment,<br>KAY HAUG, in her official capacity as<br>  State Registrar for the State of Kansas,<br>  and<br>JASON MATHEWSON, in his official<br>  capacity as Director of Vital Statistics for<br>  the State of Kansas,<br><br>    Defendants. | Case No. 2:18-cv-02552-DDC-KGG |

**NOTICE OF SUBSTITUTION OF PARTIES**

The undersigned hereby provides notice that the following persons should be substituted as defendants under Fed. R. Civ. P. 25(d):

- JANET STANEK, in her official capacity as Secretary of the Kansas Department of Health and Environment, for Defendant Andersen;

- KAY HAUG, in her official capacity as State Registrar for the State of Kansas, for Defendant Saadi; and

- JASON MATHEWSON, in his official capacity as Director of Vital Statistics for the State of Kansas, for Defendant Haug.

2

Respectfully submitted this 23rd day of June, 2023.

KRIS KOBACH
Attorney General of Kansas

s/ Daniel E. Burrows
Daniel E. Burrows
Bar Number 30009
Chief Deputy Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612
Telephone: (785) 368-8435
Email: daniel.burrows@ag.ks.gov