# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NYLA FOSTER,<br>LUC BENSIMON,<br>JESSICA HICKLIN,<br>C.K., and<br>KANSAS STATEWIDE<br>　TRANSGENDER PROJECT,<br><br>　　Plaintiffs,<br><br>　　　v.<br><br>JANET STANEK, in her official capacity<br>　as Secretary of the Kansas Department<br>　of Health and Environment,<br>KAY HAUG, in her official capacity as<br>　State Registrar for the State of Kansas,<br>　and<br>JASON MATHEWSON, in his official<br>　capacity as Director of Vital Statistics for<br>　the State of Kansas,<br><br>　　Defendants. | Case No. 2:18-cv-02552-DDC-KGG |

## MOTION FOR RELIEF FROM JUDGMENT

1.　Defendants hereby request, under Fed. R. Civ. P. 60(b)(5), that the Court modify the judgment in this case to remove those portions with prospective application—to wit, decretal paragraphs 2, 3, and 5 (Consent J. 3–4, ECF No. 33). In support thereof, Defendants are filing concurrently with this motion a brief containing a statement of the specific relief sought, a statement of the nature of the matter before the Court, a concise statement of the facts, and argument.

2.　The undersigned conferred with opposing counsel and was informed that Plaintiffs oppose the relief requested herein.

Respectfully submitted this 23rd day of June, 2023.

2

KRIS W. KOBACH
Attorney General of Kansas

<u>s/ Daniel E. Burrows</u>
Daniel E. Burrows
Bar Number 30009
Chief Deputy Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612
Telephone: (785) 368-8435
Fax: (785) 296-3131
Email: daniel.burrows@ag.ks.gov