Eugene J. Lueger
Attorney at Law
106 W. Lasley
St. Marys, Kansas 66536
(785) 969-4982

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| NYLA FOSTER, | ) | |
| LUC BENSIMON, | ) | |
| JESSICA HICKLIN, | ) | Case No. 2:18-cv-02552-DDC-KGG |
| C.K., and | ) | |
| KANSAS STATEWIDE | ) | |
| TRANSGENDER PREOJECT | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JANET STANEK, in her official capacity | ) | |
| as Secretary of the Kansas Department | ) | |
| of Health and Environment, | ) | |
| KAY HAUG, in her official capacity as | ) | |
| State Registrar for the State of Kansas, | ) | |
| and | ) | |
| JASON MATHEWSON, in his official | ) | |
| capacity as Director of Vital Statistics for | ) | |
| the State of Kansas, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL**

COMES NOW Eugene J. Lueger, and notifies the Court pursuant to Kan. R. Rel. Dist. Ct. 117(b), of attorney's withdrawal as counsel for Defendants based on the following:

1.  Defendants are government officials acting in their capacity for the State of Kansas.

2. I am no longer employed by any of the Defendants and do not have authority to continue representation.

3. It is my understanding that Daniel E. Burrows and Jesse Burris, attorneys admitted to practice law in the State of Kansas, employed with the Office of the Attorney General for the State of Kansas, have filed an entry of appearance as attorneys for Defendants. This understanding is the result of hearsay as I am no longer employed by Defendants.

Based on the aforementioned reasons notice is hereby given of my withdrawal as attorney for Defendants in this case.

\s\ Eugene Lueger
Eugene J. Lueger, SCID 13972
Attorney at Law
106 W. Lasley
St. Marys, Kansas 66536
(785) 969-4982

## CERTIFICATE OF SERVICE

I certify that on this _7th_ day of July 2023, I deposited this Notice of Withdrawal of Counsel in the mail to be sent via USPS and sent copies to the following individuals:

Jesse Burris
Office of Kansas Attorney General Kris Kobach
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612-1597

Daniel E. Burrows
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612

Omar Francisco Gonzalez-Pagan
Lambda Legal Defense and Education Fund, Inc. - New York
120 Wall Street, 19th Floor
New York, NY 10005

Kara N. Ingelhart
Lambda Legal Defense and Education Fund, Inc. - Chicago
105 W. Adams Street, Suite 2600
Chicago, IL 6060

Sarah R. Holdmeyer
Bryan Cave Leighton Paisner, LLP - KCMO
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105

James D. Lawrence
Bryan Cave Leighton Paisner, LLP - KCMO
One Kansas City Place
1200 Main Street, Suite 3800
Kansas City, MO 64105

Katherine A. Keating
Bryan Cave Leighton Paisner, LLP - San Francisco
Three Embarcadero Center, 7th Floor
San Francisco, CA 94111

\s\ **Eugene Lueger**