UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NYLA FOSTER,<br>LUC BENSIMON,<br>JESSICA HICKLIN,<br>C.K., and<br>KANSAS STATEWIDE<br>  TRANSGENDER PROJECT,<br><br>   Plaintiffs,<br><br>       v.<br><br>JEFF ANDERSEN, in his official<br>  capacity as Secretary of the Kansas<br>  Department of Health and Environment,<br>ELIZABETH W. SAADI, in her official<br>  capacity as State Registrar for the State<br>  of Kansas, and<br>KAY HAUG, in her official capacity as<br>  Director of Vital Statistics for the State of<br>  Kansas,<br><br>   Defendants. | Case No. 2:18-cv-02552-DDC-KGG |

### ENTRY OF APPEARANCE

The Attorney General of Kansas hereby asserts his right and obligation to "control the state's prosecution or defense" in federal-court suits "in which the state [is] interested or a party," Kan. Stat. Ann. § 75-702 (2019), and informs the Court that the following assistant, authorized by *id.* § 75-710, shall represent all Defendants in this matter:

Anthony J. Powell, Solicitor General, #14981

Respectfully submitted this 20th day of July, 2023.

        OFFICE OF KANSAS ATTORNEY GENERAL
        KRIS KOBACH

        <u>s/ Anthony J. Powell</u>
        Anthony J. Powell, #14981
        Solicitor General
        Office of the Attorney General
        120 SW 10th Ave., 2nd Floor
        Topeka, KS 66612
        Telephone: (785) 296-2215
        Email: Anthony.Powell@ag.ks.gov