# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NYLA FOSTER,<br>LUC BENSIMON,<br>JESSICA HICKLIN,<br>C.K., and<br>KANSAS STATEWIDE<br>  TRANSGENDER PROJECT,<br><br>    Plaintiffs,<br><br>        v.<br><br>JANET STANEK, in her official capacity<br>  as Secretary of the Kansas Department<br>  of Health and Environment,<br>KAY HAUG, in her official capacity as<br>  State Registrar for the State of Kansas,<br>  and<br>JASON MATHEWSON, in his official<br>  capacity as Director of Vital Statistics for<br>  the State of Kansas,<br><br>    Defendants. | Case No. 2:18-cv-02552-DDC-KGG |

## UNOPPOSED MOTION FOR EXTENSION

Defendants hereby request an additional four days (until August 1, 2023) in which to file a reply regarding their motion for relief from judgment and, in support thereof, state as follows:

1. Plaintiffs responded to Defendants' motion under Fed. R. Civ. P. 60(b)(5) on July 14, 2023. (*See* ECF No. 40.) Also, the Governor has filed an amicus brief in support of Plaintiffs' position, which may warrant mention in Defendants' reply. (*See* ECF No. 39-1.)

2. Defendants' reply is currently due July 28, 2023. *See* D. Kan. Rule 6.1(d)(2).

3. Undersigned counsel recently purchased a house and took time off to

move in. This circumstance, combined with his supervisory duties over other litigation in the Office of the Attorney General, has prevented him from giving a reply the attention it merits.

4. Counsel believes that extending the deadline to August 1 would give him the time he needs.

5. The undersigned conferred with opposing counsel and was informed that Plaintiffs would have no objection to the relief requested herein.

WHEREFORE, Defendants request that the Court give them an additional four days (until August 1, 2023) in which to file a reply regarding their motion for relief from judgment.

Respectfully submitted this 25th day of July, 2023.

KRIS W. KOBACH
Attorney General of Kansas

s/ Daniel E. Burrows
Daniel E. Burrows
Bar Number 30009
Chief Deputy Attorney General
Office of the Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612
Telephone: (785) 368-8435
Fax: (785) 296-3131
Email: daniel.burrows@ag.ks.gov