# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| NYLA FOSTER,<br>LUC BENSIMON,<br>JESSICA HICKLIN,<br>C.K., and<br>KANSAS STATEWIDE<br>  TRANSGENDER PROJECT,<br><br>    Plaintiffs,<br><br>        v.<br><br>JANET STANEK, in her official capacity<br>  as Secretary of the Kansas Department<br>  of Health and Environment,<br>KAY HAUG, in her official capacity as<br>  State Registrar for the State of Kansas,<br>  and<br>JASON MATHEWSON, in his official<br>  capacity as Director of Vital Statistics for<br>  the State of Kansas,<br><br>    Defendants. | Case No. 2:18-cv-02552-DDC-KGG |

## MOTION TO EXCEED PAGE LIMIT

Defendants hereby request that the Court allow them to exceed the ordinary page limit for their reply, and in support thereof state as follows:

1.  In preparing a reply in support of their Motion for Relief from Judgment, ECF No. 36, it has become clear to Defendants that the usual five-page limit in D. Kan. Rule 7.1(d)(3) is inadequate. Plaintiffs' response is sixteen pages long[1] — more than twice as long as the brief in support of the initial motion. There is also a thirteen-page amicus brief with which Defendants must contend.

---

[1] This is in excess of Rule 7.1(d)(3)'s fifteen-page limit, although the final page contains only the date and signature blocks.

2.	Defendants propose a fourteen-page reply (which is being filed contemporaneous with this motion). This is shorter than the response and less than half the length of the response and amicus brief considered together. And fourteen pages would place Defendants' total briefing on this issue at twenty-one pages—just one page over the ordinary total contemplated by the local rules.[2] *See* Rule 7.1(d)(3).

3.	Defendants recognize that D. Kan. Rule 7.1(d)(4) requires that motions to exceed page limits "must be filed at least 3 days before the brief's filing deadline." And their reply is due today. Counsel apologizes for this oversight. He just became aware of the five-page reply limit today. Though counsel has litigated in several federal courts, he is newly admitted to the District of Kansas' bar and is not yet an expert in local practice. Counsel therefore requests that the Court excuse his oversight.

WHEREFORE, Defendants request that the Court accept the fourteen-page reply filed contemporaneously with this motion.

Respectfully submitted this 1st day of August, 2023.

<div style="margin-left:50%">

KRIS W. KOBACH  
Attorney General of Kansas

s/ Daniel E. Burrows  
Daniel E. Burrows  
Bar Number 30009  
Chief Deputy Attorney General  
Office of the Attorney General  
120 SW 10th Ave., 2nd Floor  
Topeka, KS 66612  
Telephone: (785) 368-8435  
Fax: (785) 296-3131  
Email: daniel.burrows@ag.ks.gov

</div>

---

[2] And, as with Plaintiffs, the lone excess page is just a signature block. *See* Def's Br. 7, ECF No. 37.