Kansas Department of Health and Environment
Office of Vital Statistics

# CERTIFICATE OF LIVE BIRTH

115-
**State File Number**

| 1. CHILD'S NAME (First, Middle, Last, Suffix) | 2. DATE OF BIRTH (Month, Day, Year) | 3. TIME OF BIRTH M |
|---|---|---|

| 4. SEX | 5. BIRTH WEIGHT (Grams) | 6. CITY, TOWN, OR LOCATION OF BIRTH | 7. COUNTY OF BIRTH |
|---|---|---|---|

**8. PLACE OF BIRTH**
☐ Hospital   ☐ Freestanding Birthing Center   ☐ Home Birth
☐ Clinic/Doctor's Office   ☐ Other (Specify) _____

**9. FACILITY NAME** (If not institution, give street and number)

**10. I CERTIFY THAT THE STATED INFORMATION CONCERNING THIS CHILD IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**
Certifier's Signature ▶

**11. DATE SIGNED** (Month, Day, Year)

**12. ATTENDANT'S NAME AND TITLE** (Type)
Name _____
☐ M.D.   ☐ D.O.   ☐ C.N.M.   ☐ Other Midwife
☐ Other (Specify) _____

**13. Certifier's Name and Title** (Type)
Name _____
☐ M.D.   ☐ D.O.   ☐ Hosp Adm.   ☐ C.N.M.   ☐ Other Midwife
☐ Other (Specify) _____

**14. ATTENDANT'S MAILING ADDRESS** (Street and Number or Rural Route, City, or Town, State, Zip Code)

| 15. MOTHER'S CURRENT LEGAL NAME (First, Middle, Last, Suffix) | 16. MOTHER'S LAST NAME PRIOR TO FIRST MARRIAGE |
|---|---|

| 17. DATE OF BIRTH (Month, Day, Year) | 18. BIRTHPLACE (State, Territory, or Foreign Country) | 19. PRESENT RESIDENCE-STATE |
|---|---|---|

| 20. COUNTY | 21. CITY, TOWN, OR LOCATION | 22. STREET AND NUMBER OF PRESENT RESIDENCE |
|---|---|---|

**23. ZIP CODE**

**24. INSIDE CITY LIMITS?**
☐ YES
☐ NO

**25. MOTHER'S MAILING ADDRESS** (If same as residence, leave blank)

| 26. FATHER'S CURRENT LEGAL NAME (First, Middle, Last, Suffix) | 27. DATE OF BIRTH (Month, Day, Year) | 28. BIRTHPLACE (State, Territory, or Foreign Country) |
|---|---|---|

**29. PARENTS REQUEST SOCIAL SECURITY NUMBER ISSUANCE?**
☐ YES   ☐ NO

**30. IMMUNIZATION REGISTRY**
I wish to enroll my child in the Immunization Registry   ☐ YES   ☐ NO

**31. I CERTIFY THAT THE PERSONAL INFORMATION PROVIDED ON THE CERTIFICATE IS CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

Signature of Parent (or Other Informant) ▶ _____

**32. DATE SIGNED** (Month, Day, Year)

**33. DATE FILED BY STATE REGISTRAR** (Month, Day, Year) (Vital Statistics only)

EXHIBIT
B

Form VS240  Rev. 05/01/2010