EXCERPTED TESTIMONY
OF MS. ELLEN BERTELS

HEARING had before the Kansas House Committee on Health and Human Services on SB 180 on Monday, March 6, 2023, from 1:32 PM to 2:46 PM. Excerpted testimony of Ellen Bertels, an attorney with Kansas Legal Services, Inc., in opposition to SB 180 from 1:52:15 PM to 1:54:49 PM

Transcribed by: Carol A. Roberts, CSR
Supreme Court #1051

**EXHIBIT C**

1           MS. ELLEN BERTELS:  Good afternoon.  My name is
2     Ellen Bertels.  I am a life-long Kansan but I live in
3     Wichita now.
4           Um, I'm an attorney with Kansas Legal Services.
5     Through a Skadden Fellowship, I provide free legal
6     representation to low-income transgender Kansans seeking
7     name changes and gender marker changes.
8           I'm testifying today because SB 180 will have
9     profound negative consequences for my clients and other
10    trans Kansans like them.
11          SB 180 is harmful for many reasons as you've heard
12    already.  But I'd like to focus on the fact that it -- it
13    essentially bans gender marker changes on state-issued
14    identity documents like birth certificates and driver's
15    licenses.
16          This bill requires that state agencies adopt a
17    definition of gender that includes trans inner-sex Kansans
18    because it adopts a, a, an overly narrow definition of
19    gender.
20          By saying that vital records must reflect a person's
21    sex assigned at birth, this bill makes it impossible for
22    trans folks to change the gender marker on their state-
23    issued identity documents.
24          This means that they can't obtain IDs that reflect
25    their true identities.

1           Statistics show that legislation like this is
2     extremely harmful to trans folks.  When trans people are
3     not able to get -- get correct, uh, identity documents,
4     they are more likely to experience harassment,
5     discrimination and violence at the hands of others.
6           Additionally, this bill is also likely
7     unconstitutional.  For more than a decade, Kansas had a
8     policy banning gender marker changes on state-issued
9     identity documents like birth certificates and gen -- or
10    and driver's licenses.
11          In 2019 in a case called *Foster v Anderson*, the
12    federal court in Kansas found this, uh, found this position
13    -- this policy position unconstitutional in violation of
14    the US Constitution's Fourteenth Amendment equal protection
15    and due process clauses.
16          SB -- Kansas is currently bound by a consent decree
17    that says that the State will not bound gender markers on
18    these state-issued vital records.
19          SB 180 likely violates this consent decree and will
20    drag the State into more expensive, wasteful and time-
21    consuming litigation.
22          In short, SB 180 denies trans Kansans full
23    recognition  under law.  And is likely to drag Kansas into
24    needless litigation on a fact where this policy has already
25    been found unconstitutional less than four years ago.

1      I ask you to take these things into consideration
2   when deliberating on this bill.  Thank you.
3                  [END OF EXCEPRTED TESTIMONY]
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

5

C E R T I F I C A T E


    I, Carol A. Roberts certify that the foregoing transcript of excerpted testimony of Ms. Ellen Bertels in front of the Kansas House Health and Human Services Committee, held on March 6, 2023, was prepared using standard electronic transcription equipment and is a true and accurate record of the proceedings to the best of my knowledge and ability.


    Signature *Carol A. Roberts, CSR*

    Date     July 25, 2023